UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Victor Quinteros Marquina_

**26 CV 2386**

_____CV_____

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

_Austin Fashion Week, a Texas non profit Corporation ("AFW")_
_Matthew D. Swinney_

**COMPLAINT**

Do you want a jury trial?   ☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



RECEIVED
MAR 2 4 2026
PRO SE OFFICE

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Federal Trademark Infringement and unfair Trademark /Competition under The Lanham Act, 15 U.S.C. SS 1114 and 1125 (a)."

### B.    If you checked Diversity of Citizenship

#### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Matthew D. Swinney_, is a citizen of the State of
(Defendant's name)

_U.S.A._

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Austin Fashion Week_, is incorporated under the laws of

the State of _Texas_

and has its principal place of business in the State of _Texas_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _Austin, TX._____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Victor_

_Quinteros Marquina_

First Name          Middle Initial          Last Name

_99 Wall St. Suite 1528 New York, NY 10005_

Street Address

_New York_            _NY_            _10005_

County, City          State          Zip Code

_6467092472_          _Victorqu@yahoo.com_

Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Austin Fashion Week
First Name            Last Name
Domestic Nonprofit Corporation (Filing #8063 12207)
Current Job Title (or other identifying information)
8235 Shoal Creek Blvd.
Current Work Address (or other address where defendant may be served)
Austin            TX.            78757
County, City            State            Zip Code

Defendant 2:    Matthew D.    Swinney
First Name            Last Name
Registered Agent/Director
Current Job Title (or other identifying information)
8235 Shoal Creek Blvd.
Current Work Address (or other address where defendant may be served)
Austin            TX            78757
County, City            State            Zip Code

Defendant 3:    Henning    Schmidt/Stradling Yocca Carlson
First Name            Last Name            & Rauth LLP
Represented by Counsel
Current Job Title (or other identifying information)
500 W. 2nd, Suite 1900
Current Work Address (or other address where defendant may be served)
Austin            TX            78701
County, City            State            Zip Code

Page 4

Defendant 4:

_First Name_                          _Last Name_

_Current Job Title (or other identifying information)_

_Current Work Address (or other address where defendant may be served)_

_County, City_                    _State_        _Zip Code_

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York, NY and Austin, Tx (and via the internet)_

Date(s) of occurrence: _November 19 2025_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am the owner of federal Trademark 'Austin Fashion Week' (Serial No. 90816653). Defendants are using this mark without authorization. Despite my cease-and-desist, Defendants registered a non-profit corporation under my Trademarked name in Texas and continue to mislead the public. Defendants' counsel is aggressively asserting rights based on my old, expired registration (Serial No. 86137819) to justify their ongoing infringement."
On November 19, 2025, Defendant Matthew D. Swinney filed a domestic. Non profit corporation in Texas under the name 'Austin Fashion Week.' (Filing No. 8063122 07). This filing was made without my consent and constitutes a direct attempt to misappropiate my federally registered Trademark(serial No. 90816653.)"

Page 5

"On November 6, 2025 nearly eight months after receiving my cease and desist notice - Defendants registered the domain 'austinfashionweek.org (Exhibit f) Although registered via a privacy proxy, the domain automatically forwards to defendants' existing website. This is a clear act of Bad Faith Cybersquatting under 15 U.S.C. § 1125(d) intended to hijak my Trademarked name online"

"I have continuously owned and operated the domain AustinFashionWeek.com since March 30, 2007 (Exhibit G), establishing nearly 19 years of prior use and brand seniority over the Defendants' infringing 2025 filings."

On March 19, 2025, I personally served a cease and desist notice To Matthew Swinney regarding his unauthorized use of the 'Austin Fashion Week' mark. Despite this formal notice, and with full knowledge of my superior rights, Mr. Swinney proceeded To register a Texas Non-Profit Corporation under my Trademark name on November 19, 2025 (Filing No. 806312207)."

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I rreparable harm To brand reputation, loss of control over business goodwill, and eXtreme market confusion among Vendors, Sponsors and the fashion community.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1. A Temporary restraining order (TRO) and preliminary injunction enjoining defendants from using the name 'Austin Fashion Week' or 'AFW'."

2. An order requiring defendants To dissolve or rename The infringing Texas non-profit corporation."

3. Damages for willful infringement and attorney's fees

4. Any other relief The court deems just."

5. Monetary Damages: "Plaintiff seeks actual damages and The disgorgement of all of defendant's profits derived from The unauthorized use of The mark, in an amount To be proven at Trial but estimated To be $666,666.00

Page 6

Because the infringement was willful (occurring after my march 19, 2025 Cease and Desist notice), Plaintiff further requests Treble Damages for a Total of $ 1,999,998.00, as well as Statutory damages pursuant To 15 U.S.C. § 1117.".

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 19, 2026
Dated                                                     Plaintiff's Signature

Victor                                      Quinteros    M    arquina
First Name                    Middle Initial        Last Name

99 Wall St.  Suite 1528    New York, NY 10005
Street Address

New York                        NY                            10005
County, City                              State                        Zip Code

(646 709 2472                    victorqu@yahoo.com
Telephone Number                          Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

# United States of America

## United States Patent and Trademark Office

# AUSTIN FASHION WEEK

**Reg. No. 4,527,323**

**Registered May 6, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**SUPPLEMENTAL REGISTER**

QUINTEROS, VICTOR (PERU INDIVIDUAL), DBA TEXAS MODEL MANAGEMENT, 2450 LOUISIANA ST.
400
HOUSTON, TX 77006

FOR: ORGANIZATION OF FASHION SHOWS FOR COMMERCIAL PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-30-2007; IN COMMERCE 3-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FASHION WEEK", APART FROM THE MARK AS SHOWN.

SER. NO. 86-137,819, FILED P.R. 12-7-2013; AM. S.R. 3-17-2014.

EVELYN BRADLEY, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.05.23 11:22:30 -04'00'

# United States of America
## United States Patent and Trademark Office

# AUSTIN FASHION WEEK

**Reg. No. 6,756,211**

**Registered Jun. 07, 2022**

**Int. Cl.: 35**

**Service Mark**

**Supplemental Register**

Quinteros Victor (PERU INDIVIDUAL), DBA Houston Fashion Week
447 Broadway 2nd FL #666
New York, NEW YORK 10013

CLASS 35: Organization of fashion shows for commercial purposes

FIRST USE 3-30-2007; IN COMMERCE 3-30-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FASHION WEEK"

SER. NO. 90-816,653, FILED P.R. 07-07-2021; AM. S.R. 04-20-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



*Exhibit G*



Domains ∨  Websites ∨  Email Hosting ∨  Marketing ∨

✕

  

# Search the WHOIS Database

| austinfashionweek.com | Search |
|---|---|

## WHOIS search results

### Domain Information  ∧

| Name | AUSTINFASHIONWEEK.COM |
|---|---|
| Registry Domain ID | 901062685_DOMAIN_COM-VRSN |
| Registered On | 2007-03-30T05:01:14Z |
| Expires On | 2026-03-30T05:01:14Z |
| Updated On | 2026-03-20T16:45:37Z |
| Domain Status | pending transfer |
| Name Servers | NS39.DOMAINCONTROL.COM |
|  | NS40.DOMAINCONTROL.COM |

### Registrant Contact  ∧

| Name | Victor Quinteros |
|---|---|
| Organization | – |

| | |
|---|---|
| Phone | tel:+1.3473161953 |
| Fax | – |
| Email | mailto:victorqu@yahoo.com |
| Mailing Address | 447 Broadway 661, New York, New York, 10013 |

## Technical Contact ∧

| | |
|---|---|
| Name | Registration Private |
| Organization | – |
| Phone | tel:+1.4806242599 |
| Fax | – |
| Email | mailto:AUSTINFASHIONWEEK.COM@domainsbyproxy.com |
| Mailing Address | DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281 |

## Registrar Information ∧

| | |
|---|---|
| Name | Wild West Domains, LLC |
| IANA ID | 440 |
| Abuse Contact Email | abuse@wildwestdomains.com |
| Abuse Contact Phone | tel:+1.480-624-2505 |

## DNSSEC Information    ^

Delegation Signed          Unsigned

**Notice and Remarks**

**Terms of Service**
Service subject to Terms of Use.
https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml

**Status Codes**
For more information on domain status codes, please visit https://icann.org/epp
https://icann.org/epp

**RDDS Inaccuracy Complaint Form**
URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf
https://icann.org/wicf

Contact Domain Holder    Report Invalid Whois

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

## Raw RDAP Registry Data    ⌄

## Raw RDAP Registrar Data    ⌄

About GoDaddy                                                    +

Help Center                                                                 +

Resources                                                                   +

Partner Programs                                                            +

Account                                                                     +

Shopping                                                                    +

---

United States - English                                               USD $

· · · · ·

---

Legal          Privacy Policy          Cookies

Do not sell my personal information

Copyright © 1999 - 2026 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

**Filing Number:** Domestic Nonprofit Corporation

| | | | |
|---|---|---|---|
| Original Date of Filing: | November 19, 2025 | Entity Status: | In existence |
| Formation Date: | N/A | Non-Profit Type: | N/A |
| Tax ID: | 32103086727 | FEIN: | |
| Duration: | Perpetual | | |

*Exhibit F* (handwritten)

| | |
|---|---|
| Name: | Austin Fashion Week |
| Address: | 8235 SHOAL CREEK BLVD<br>AUSTIN, TX 78757-7523 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES |
|---|---|---|---|---|

| Name | Address |
|---|---|
| Matthew D Swinney | 8235 Shoal Creek Blvd.<br>Austin, TX 78757 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

- SOSDirect - Business Filings
- Business Copies and Certificates
- Uniform Commercial Code
- Texas Businesses Against Trafficking
- Texas.gov

- VoteTexas.gov - Voter Information
- Register to Vote & Voter I.D.
- Website Policies
- Open Records
- Contact us

- Texas Homeland Security
- Where the Money Goes
- Fraud Reporting
- Texas Veterans Portal

     

# Search the WHOIS Database

austinfashionweek.org    🔍 **Search**

## WHOIS search results

### Domain Information ⌃

| | |
|---|---|
| Name | austinfashionweek.org |
| Registry Domain ID | – |
| Registered On | 2025-11-06T01:56:14.062Z |

| Name Servers | mira.ns.cloudflare.com |
| --- | --- |
| | simon.ns.cloudflare.com |

## Registrant Contact ⌃

| Name | DATA REDACTED |
| --- | --- |
| Organization | DATA REDACTED |
| Phone | +1.4153197517 |
| Fax | – |
| Email | https://domaincontact.registrar.cloudflare.com/austinfa |

Name                    Cloudflare, Inc.

IANA ID                 1910

Abuse                   registrar-
Contact                 abuse@cloudflare.co
Email                   m

Abuse                   +1.4153197517
Contact
Phone

## DNSSEC
## Information

Delegation              Unsigned
Signed

March 19, 2025

---

**Subject:** Cease & Desist – Unauthorized Use of **Austin Fashion Week®** (USPTO Reg. No. **90816653**)

**To:** Matt Swinney; Fashion X; Launch787

---

Dear Mr. Swinney,

I write on behalf of the owner and managing entity of the **Austin Fashion Week®** brand.

This is a **formal cease-and-desist demand** regarding your **unauthorized use** of the mark **AUSTIN FASHION WEEK®** in connection with events, promotions, social media, and commercial activities conducted by **Fashion X / Fashion X Texas / Launch787**.

**Ownership & Active Registration.**

**AUSTIN FASHION WEEK®** is a **federally registered trademark** in Class 035 ("Organization of fashion shows for commercial purposes"), **USPTO Reg. No. 90816653**, owned by **Victor Quinteros**. The prior registration you relied upon in the past is **cancelled (DEAD)** and has **no bearing** on current rights. My client's **live** federal registration confers nationwide priority and exclusive rights under the **Lanham Act**, 15 U.S.C. **§1114** and **§1125(a)**.

**Infringing Conduct.**

You are using "Austin Fashion Week" (and confusingly similar variations) for event announcements, tickets, social media handles/posts, press, sponsorship decks, and other promotional materials **without license or permission** from the current registrant. Such use **misleads the public**, causes **false designation of origin**, and constitutes **trademark infringement and unfair competition** under federal law.

**Demand.**

You are hereby directed to, within **five (5) business days** of this email:

1. **Cease all use** of **AUSTIN FASHION WEEK®** (and confusingly similar marks) in any medium, including but not limited to events, flyers, websites, URLs, social handles, paid ads/keywords, hashtags, videos, and press.
2. **Remove or disable** all existing online/printed materials bearing the mark (including Eventbrite or similar ticketing listings, Facebook/Instagram, TikTok, YouTube, X/Twitter, websites, and media kits).
3. Provide a **written confirmation** of compliance and a list of all locations/handles where the mark has been used and removed.
4. Provide an **accounting of profits** derived from the infringing use since first publication of the most recent campaign.
5. **Preserve all evidence** (documents, emails, artwork files, posts, ads, invoices, sponsorship agreements, vendor communications) related to the use of the mark—litigation hold applies.

Failure to comply will result in our pursuing **all available remedies** without further notice, including injunctive relief, monetary damages (including **treble damages** for willful infringement), attorneys' fees, and platform-level enforcement (Meta, Google, TikTok, Eventbrite, registrars/hosts).

Nothing in this letter constitutes a waiver of any rights, remedies, or claims, all of which are expressly **reserved**.

Please direct your written confirmation of compliance to this email.

Sincerely,

**Victor Quinteros**
Brand Development Director — **Austin Fashion Week®**
**Fashion Week Group**
Mailing: **99 Wall St., Suite 1528, New York, NY 10005**
Professional: **One World Trade Center, 85th Floor, New York, NY**
Email: victorqu@yahoo.com | Phone: **(646) 709-2472**

**This includes any reference to Austin Fashion Week name and similar names like Fashion Week Austin or Austin International Fashion Week, the initials or any similar and confusing name.**

## Adjuntos recomendados

1. **USPTO TSDR Status** y **Registration Certificate – Reg. No. 90816653 (LIVE),**

This email serves as a formal cease-and-desist. **Austin Fashion Week®** (USPTO Reg. No. **90816653**, Class 035) is my registered trademark. Your ongoing use by **Fashion X/Launch787** is unauthorized and constitutes infringement under 15 U.S.C. §§1114, 1125(a). Please **cease all use, remove all references** online/offline, and **confirm in writing within 5 business days.** All rights reserved.

Victor Quinteros Marquina
99 Wall St. Suite 1528
New York, NY, 10005

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 24  AM 11: 01

CERTIFIED MAIL

9589 0710 5270 1800 1691 47

USM
SDNY



Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10002
MAR 20, 2026

10007

$8.02

S2324P503173-16

United States District Court, S.D.N.Y
Pro Se Intake Unit
500 Pearl Street, Room 205
New York, NY 10007